IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DAMIEN D. SMITH,

    Plaintiff,

v.

CITY OF MADISON SPECIAL
INVESTIGATION UNIT, et al.,

    Defendants.

ORDER

Case No. 15-cv-203-bbc

---

Plaintiff originally had a deadline of May 15, 2015 to pay the initial partial payment of the filing fee in this case. On May 18, 2015, this court extended this deadline to June 15, 2015. Now plaintiff has filed a letter stating that he wishes to pursue this case and that he has filed a disbursement request for the initial partial filing fee with the institution's business office. Accordingly, I will provide plaintiff with an enlargement of time to make the payment.

ORDER

IT IS ORDERED that,

1. Plaintiff Damien Smith may have a second enlargement of time, to July 20, 2015, to pay the $96.40 initial partial filing fee in this case. If plaintiff does not have enough money to make the initial partial payment from plaintiff's regular account, prison authorities should use plaintiff's release account to pay the remainder of the fee.

1

2. If, by July 20, 2015, plaintiff fails to make the initial partial payment or show cause for failure to do so, plaintiff will be held to have withdrawn this action voluntarily and the case will be closed without prejudice to plaintiff's filing this case at a later date.

Entered this 30th day of June, 2015.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge